USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/26/26 _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **JACK ARGILA, ET AL.,**<br><br>                     **Plaintiffs,**<br><br>          **-against-**<br><br>**LUXE GENERAL CONSTRUCTION INC., et al.,**<br><br>                     **Defendants.** | **1:24-cv-00674 (ALC)**<br><br>**ORDER OF DEFAULT**<br>**JUDGEMENT** |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs are directed to submit a motion for damages by **February 9, 2026.**

**SO ORDERED.**

**Dated**:   **January 26, 2026**
            **New York, New York**

_____
           **ANDREW L. CARTER, JR.**
           **United States District Judge**