USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/26/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JACK ARGILA, ET AL.,**

                      **Plaintiffs,**

                **-against-**

**LUXE GENERAL CONSTRUCTION INC., et al.,**

                      **Defendants.**

---

**1:24-cv-00674 (ALC)**

**ORDER OF DEFAULT JUDGEMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs initiated this action by filing their complaint on January 30, 2024. *See* ECF No. 1. Defendants Luxe General Construction, Inc. and Wynsbert Emmanuel were served on March 8 and 28, 2024 respectively. *See* ECF Nos. 7–8. Defendants have not answered or otherwise responded to the complaint. On May 26, 2025, having obtained a Clerk's Certificate of Default against both Defendants, *see* ECF Nos. 13, 15, Plaintiffs filed a Motion for Default Judgment against Luxe General Construction, Inc. and Wynsbert Emmanuel. *See* ECF No. 23.

The Court issued an Order to Show Cause on May 28, 2025, directing Defendants Luxe General Construction, Inc. and Wynsbert Emmanuel to show cause in writing why default judgement for failure to move or otherwise answer should not be entered, pursuant to Federal Rule of Civil Procedure 55. *See* ECF No. 31. The Order warned Defendants Luxe General Construction, Inc. and Wynsbert Emmanuel that failure to respond may be grounds for the Court granting default judgment against them, but they did not respond to the Court's Order.

Accordingly, having considered the Memorandum of Law, the Affidavits of Jack Argila and George Duravcevic, the Declaration of Katherine M. Morgan, the Summons and Complaint previously filed in this action, and the Affidavits of Service thereof, if it hereby **ORDERED** that judgment be entered in Plaintiff's favor against Defendants Luxe General Construction, Inc.

and Wynsbert Emmanuel.

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No.

23.

**SO ORDERED.**

**Dated**:   **January 26, 2026**
         **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**