USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JACK ARGILA, ET AL.,**<br><br>                **Plaintiffs,**<br><br>        **-against-**<br><br>**LUXE GENERAL CONSTRUCTION INC., et al.,**<br><br>                **Defendants.** | **1:24-cv-00674 (ALC)**<br><br>**<u>ORDER GRANTING DAMAGES</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs initiated this action by filing their complaint on January 30, 2024. *See* ECF No. 1. Defendants Luxe General Construction, Inc. and Wynsbert Emmanuel were served on March 8 and 28, 2024 respectively. *See* ECF Nos. 7–8. Defendants have not answered or otherwise responded to the complaint. On May 26, 2025, having obtained a Clerk's Certificate of Default against both Defendants, *see* ECF Nos. 13, 15, Plaintiffs filed a Motion for Default Judgment against Luxe General Construction, Inc. and Wynsbert Emmanuel. *See* ECF No. 23.

The Court issued an Order to Show Cause on May 28, 2025, directing Defendants Luxe General Construction, Inc. and Wynsbert Emmanuel to show cause in writing why default judgement for failure to move or otherwise answer should not be entered, pursuant to Federal Rule of Civil Procedure 55. *See* ECF No. 31. The Order warned Defendants Luxe General Construction, Inc. and Wynsbert Emmanuel that failure to respond may be grounds for the Court granting default judgment against them, but they did not respond to the Court's Order.

On January 26, 2026, this Court granted default judgement in Plaintiff's favor. *See* ECF No. 34. That same day, this Court directed Plaintiff to file any motion for damages by February 9, 2026. *See* ECF No. 33, which Plaintiff filed on February 9, 2026. *See* ECF No. 35. On February 10, 2026, this Court issued an order to show cause as to why the Court should not

order Defendnats to pay (1) damages in the amount of **$639,366.62**, representing the outstanding contributions, dues and assessments pursuant to the estimated Audit, interest, liquidated damages, service fee, audit costs, and attorneys' fees and costs in connection with this action and (2) additional interest from May 23, 2025 through the date of judgement, and post-judgement interest at the statutory rate. Defendants were warned that failure to respond may be considered grounds for entering judgement in favor of Plaintiff and granting Plaintiff's requested attorneys' fees and costs. Nonetheless, Defendants failed to respond.

Accordingly, having considered the Memorandum of Law, the Affidavits of Jack Argila and George Duravcevic, the Declaration of Katherine M. Morgan, the Summons and Complaint previously filed in this action, and the Affidavits of Service thereof, if it hereby **ORDERED** that Plaintiff be granted Default Judgement against Defendants Luxe General Construction, Inc. and Wynsbert Emmanuel and awarded damages in the amount of **$639,366.62** which includes the following: (a) unpaid contributions in the amount of $273,612.75; (b) 10% interest on outstanding contributions in the amount of $131,080.68; (c) additional interest on ERISA contributions since the amount is grater than 20% liquidated damages on the unpaid ERISA contributions, in the amount of $130,515.76; (d) unpaid dues and assessments in the amount of $32m733.15; (e) 9% interest on outstanding dues and assessments in the amount of $14,472.52; (g) audit costs in the amount of $450.00; (h) 10% service charge in the amount of $30,634.59; (i) attorney's fees in the amount of $25,374.50; and (j) costs and expenses in the amount of $492.67.

The Clerk of Court is respectfully directed to enter judgment and terminate this case and all pending motions and deadlines.

**SO ORDERED.**

Dated:    **March 19, 2026**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**