**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JACK ARGILA, ET AL.,

                           Plaintiffs,                         24 **CIVIL** 0674 (ALC)

      -against-                               **JUDGMENT**

LUXE GENERAL CONSTRUCTION INC., et al.,

                          Defendants.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated March 19, 2026, Plaintiff's motion for Default Judgment is granted against Defendants Luxe General Construction, Inc. and Wynsbert Emmanuel and awarded damages in the amount of $639,366.62 which includes the following: (a) unpaid contributions in the amount of $273,612.75; (b) 10% interest on outstanding contributions in the amount of $131,080.68; (c) additional interest on ERISA contributions since the amount is grater than 20% liquidated damages on the unpaid ERISA contributions, in the amount of $130,515.76; (d) unpaid dues and assessments in the amount of $32,733.15; (e) 9% interest on outstanding dues and assessments in the amount of $14,472.52; (g)audit costs in the amount of $450.00; (h) 10% service charge in the amount of $30,634.59;(i)attorney's fees in the amount of $25,374.50; and (j) costs and expenses in the amount of $492.67; accordingly, this case is closed.

**Dated:**  New York, New York

      March 23, 2026

                                           TAMMI M. HELLWIG

                                          _____

                                             Clerk of Court

                 BY:      _____

                                            Deputy Clerk